E. ROBERTSON AND JAMES POTEET v. STATE.

No. A-768.   Opinion Filed September 23, 1911.

Appeal from Superior Court, Logan County; J. M. Sandlin, Judge.

E. Robertson and James Poteet were convicted of a violation of the prohibition law and appeal.  Reversed and remanded.

John Adams and A. R. Howes, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  The plaintiffs in error were informed against, tried and convicted in the superior court of Logan county for a violation of the prohibition law.  A trial was had before a jury composed of only six men.  The record does not show that the defendants waived their right to a trial by a jury of twelve men.  It is assigned as error that the court erred in refusing the defendants' demand for a trial by a jury of twelve men.  Under the authority of Hill v. State, 3 Okla. Cr. 686, 109 Pac. 291; Schafer v. State, 5 Okla. Cr. 598, 115 Pac. 379, and Dalton v. State, 6 Okla. Cr. infra, 116 Pac. 594, the judgments pronounced and entered are hereby reversed and said cause remanded to the superior court of Logan county with direction to grant a new trial.

W. DALTON v. STATE.

No. A-767.   Opinion Filed September 23, 1911.

Appeal from Superior Court, Logan County; J. M. Sandlin, Judge.

W. Dalton was .convicted of a violation of the prohibition law, and appeals.  Reversed and remanded.

John A. Remy, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiff in error was convicted in the superior court of Logan county for a violation of the prohibition law.  A trial was had before a jury of six men over the objection of the defendant. To which ruling of the court the defendant excepted.  For this reason the judgment is reversed and the cause remanded to the superior court of Logan county with direction to grant a new trial.